McGREGOR W. SCOTT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8963
   Facsimile (415) 744-0134
   E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| TIMOTHY AUSTIN PILLER, | CIVIL NO. 1:18-cv-00548-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR DEFENDANT'S FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner Of Social Security, | (ECF No. 13) |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Timothy Austin Piller ("Plaintiff") and Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, that Defendant shall have an extension of time of 45 days to respond to Plaintiff's motion for remand and/or to file any cross-motion on or before March 4, 2019. Any reply thereto would be due on or before March 18, 2019. This is the first extension of time requested in the above-captioned matter of time requested in the above-captioned matter. Defendant requests this additional time because she inadvertently miscalendered this case and has 14 motions for summary judgment due and two oral argument prior to the extended deadline. The undersigned

apologizes to the Court and to Plaintiff for the timing of this request and the inconvenience.  The Parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Date:  January 22, 2019                    CERNEY KREUZE & LOTT, LLP

By:  /s/ *Shellie Lott\**
SHELLIE LOTT
Attorneys for the Plaintiff
(*Authorized by email on January 22, 2019)

Date:  January 22, 2019                    McGREGOR W. SCOTT
Acting United States Attorney


By:  /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney

STIPULATION & ORDER                            CASE NUMBER 1:18-CV-00548-EPG

# **ORDER**

Pursuant to the stipulation of the parties (ECF No. 13), and good cause appearing,

IT IS ORDERED that the deadline for Defendant to respond to Plaintiff's motion for summary judgment and/or to file any cross-motion is extended to March 4, 2019. Any reply shall be filed by March 18, 2019. The Court's Scheduling Order (ECF No. 5) is modified accordingly.

IT IS SO ORDERED.

Dated: **January 22, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE
STIPULATION & ORDER     CASE NUMBER 1:18-CV-00548-EPG