# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY AUSTIN PILLER,<br><br>　　　　Plaintiff,<br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | **Case No. 1:18-cv-00548-EPG**<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR** |

On March 5, 2019, the Court issued a minute order setting the hearing on Plaintiff's Social Security Appeal for May 23, 2019, at 2:00 p.m. (ECF No. 16.) On May 23, 2019, at 2:00 p.m., counsel for Defendant appeared telephonically. However, counsel for Plaintiff failed to appear.

Accordingly, Counsel for Plaintiff is ORDERED TO SHOW CAUSE why this Court should not impose sanctions for failure to appear at the May 23, 2019, hearing. Counsel shall respond to this Order to Show Cause, in writing, no later than **May 31, 2019**. Failure to respond to this Order to Show Cause may result in the imposition of sanctions.

IT IS SO ORDERED.

　　Dated: **May 23, 2019**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1