UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY AUSTIN PILLER,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | **Case No. 1:18-cv-00548-EPG**<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AND RESETTING HEARING**<br><br>**(ECF No. 19)** |

On May 24, 2019, the Court issued an order to show cause (ECF No. 19), requiring Plaintiff's Counsel to show cause why sanctions should not be imposed for failure to appear at the May 23, 2019, hearing. Plaintiff's counsel has filed a response, apologizing for the failure to appear and explaining that Plaintiff's counsel inadvertently failed to correctly calendar the May 23, 2019, hearing, and was unavailable at the time set for the hearing. (ECF No. 20.) Plaintiff's counsel further states that she will make every effort to ensure that this does not happen again in the future. (*Id.*) In light of this explanation, the Court will discharge the order to show cause and reset the matter for hearing.

IT IS ORDERED that the order to show cause (ECF No. 19) is DISCHARGED. Oral argument on Plaintiff's appeal of the decision by the Commissioner of Social Security denying benefits is reset to **May 30, 2019, at 2:00 p.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. Although personal appearance is encouraged, telephonic appearance is granted

to anyone not within one hour of the Court, with said party(ies) to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties should be prepared to address all arguments raised in Plaintiff's briefing with citations to the record. The parties should set aside one hour for the argument.

IT IS SO ORDERED.

Dated: **May 28, 2019**

/s/ Eric P. Groj
UNITED STATES MAGISTRATE JUDGE